JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

AMBIENT HOSPICE INC.,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.

Defendant(s).

Case No. CV 25-10575-DMG (MARx)

**ORDER RE JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE [28]**

The Court, having reviewed the Joint Stipulation requesting voluntary dismissal of this action without prejudice, as executed by the above-captioned parties' counsel of record.

Good cause appearing, IT IS HEREBY ORDERED that:

The above-captioned action is DISMISSED, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant State Farm General Insurance Company.

Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 6, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge